STEPHEN P. WILEY, City Attorney
Tom R. Shapiro, Assistant City Attorney
State Bar Nos. 84517, 127383
Post Office Box 1990
Santa Barbara, California 93102-1990
(t) (805) 564-5331; (f) (805) 897-2532

Attorneys for Respondents City of Santa Barbara Civil Service Commission, City of Santa Barbara, Barbara Barker, Civil Service Commissioners Gabriel Garcia, Alan Kasehagan, Kathryn McKee, Donna Lewis, and Mary Scopatz; and Real Party in Interest City of Santa Barbara

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 620; ANTHONY GLOVER,<br><br>        Petitioners,<br><br>vs.<br><br>CITY OF SANTA BARBARA CIVIL SERVICE COMMISSION, GABRIEL GARCIA, ALAN KASEHAGAN, DONNA LEWIS, KATHRYN MCKEE, MARY SCOPATZ, and BARBARA BARKER (sued in their individual capacities),<br><br>        Respondents,<br><br>and<br><br>CITY OF SANTA BARBARA,<br><br>        Real Party in Interest.<br>_____ | CASE NO. CV 07-3792 RGK (CWx)<br><br>JUDGMENT<br><br>**NOTE: CHANGES MADE BY THE COURT** |

1

This action came on regularly for hearing on Respondents and Real Party in Interest's Motion for Summary Judgment on May 27, 2008 in Courtroom 850 of the United States District Court, Central District of California, located in the Roybal Building at 255 East Temple Street, Los Angeles, the Hon. R. Gary Klausner, Judge, presiding.

Petitioners, SEIU Local 620 and Anthony Glover appeared by their attorney Ira L. Gottlieb, and Respondents City of Santa Barbara Civil Service Commission, City of Santa Barbara, Barbara Barker, Civil Service Commissioners Gabriel Garcia, Alan Kasehagan, Kathryn McKee, Donna Lewis, and Mary Scopatz; and Real Party in Interest City of Santa Barbara appeared by their attorney Tom R. Shapiro.

It appearing by reason of Respondents and Real Party in Interest's Motion for Summary Judgment is hereby granted AS TO THE SECTION 1983 CLAIMS and they are not liable to Petitioners AS TO THE SECTION 1983 CLAIMS, and are therefore entitled to Judgment in their favor AS TO THE SECTION 1983 CLAIMS.

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment in favor of all Respondents and Real Party in Interest is ordered, AS TO THE SECTION 1983 CLAIMS.  THIS CASE IS REMANDED TO THE SUPERIOR COURT TO DECIDE ALL OTHER CLAIMS.

DATED: June 12, 2008

_____
Hon. R. Gary Klausner
Judge of the United States District Court